UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEARTLAND ALLIANCE FOR HUMAN NEEDS & HUMAN RIGHTS d/b/a NATIONAL IMMIGRANT JUSTICE CENTER<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY *et al.*<br><br>    Defendants. | No. 1:16-cv-00211-RMC |

**DECLARATION OF SETH A. WATKINS IN SUPPORT OF
PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Seth A. Watkins, declare:

1. I am an attorney licensed to practice in the District of Columbia, and I am counsel for the plaintiff Heartland Alliance for Human Needs & Human Rights d/b/a National Immigrant Justice Center ("NIJC") in this action. I know the following facts of my own personal knowledge and if called upon could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a FOIA request by Plaintiff Heartland Alliance for Human Needs & Human Rights d/b/a National Immigrant Justice Center to the Office of Civil Rights and Civil Liberties at the U.S. Department of Homeland Security ("DHS"), dated March 14, 2014.

3. Attached hereto as Exhibit 2 is a true and correct copy of a *Vaughn* index served by counsel for DHS on undersigned counsel for Plaintiff on January 12, 2017.

4. Attached hereto as Exhibit 3 is a true and correct copy of a FOIA request by Plaintiff Heartland Alliance for Human Needs & Human Rights d/b/a National Immigrant Justice

Center to the Office of Civil Rights and Civil Liberties at the U.S. Department of Homeland Security ("DHS"), dated November 4, 2016.

5. Attached hereto as Exhibit 4 is a true and correct copy of a web page entitled "Secured Communities," printed from https://www.ice.gov/securecommunities on January 4, 2016.

6. Attached hereto as Exhibit 5 is a true and correct copy of another web page entitled "Secure Communities" printed from https://www.ice.gov/securecommunities#tab1 on January 4, 2016.

7. Attached hereto as Exhibit 6 is a true and correct copy of a Memorandum to all ICE and CRCL Personnel from Margo Schlanger, Officer for Civil Rights and Civil Liberties, DHS and Gary Mead, Executive Associate Director, ICE, concerning "Secure Communities Complaints Involving State or Local Law Enforcement Agencies," dated June 14, 2011, as downloaded from the web page https://web.archive.org/web/20111020082819/https://www.ice.gov/doclib/secure-communities/pdf/complaintprotocol.pdf on May 12, 2017.

8. Attached hereto as Exhibit 7 is a true and correct copy of ICE Office of the Director, PROTECTING THE HOMELAND: ICE RESPONSE TO THE TASK FORCE ON SECURE COMMUNITIES FINDINGS AND RECOMMENDATIONS (Apr. 27, 2012), downloaded from the web page http://www.dhs.gov/xlibrary/assets/hsac/ice-response-to-task-force-on-secure-communities.pdf on May 12, 2017.

9. Attached hereto as Exhibit 8 is a true and correct copy of SECURE COMMUNITIES: STATISTICAL MONITORING, U.S. Dep't of Homeland Security (Nov. 16, 2011), bearing a file name "statisticalmonitoring.pdf" as downloaded from the web page https://www.ice.gov/doclib/secure-communities/pdf/statisticalmonitoring.pdf on May 12, 2017.

- 3 -

10. Attached hereto as Exhibit 9 is a true and correct copy of another document entitled SECURE COMMUNITIES: STATISTICAL MONITORING, Dep't of Homeland Security (Nov. 16, 2011), bearing a file name "sc-statistical-monitoring.pdf" as downloaded from the web page https://web.archive.org/web/20121007101300/http://www.ice.gov/doclib/secure-communities/pdf/sc-statistical-monitoring.pdf on May 12, 2017.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Dated:  May 12, 2017                                          Respectfully submitted,

                                                              /s/ Seth A. Watkins
                                                              Seth A. Watkins (D.C. Bar # 467470)