# EXHIBIT 2

On or about November 30, 2016, Defendants were ordered to locate and produce all reports (both in draft and final form, including all attachments and exhibits thereto, through November 4, 2016) related to Secure Communities (SC) statistical monitoring and Priority Enforcement Program (PEP) statistical monitoring, or to identify each report or portion thereof being withheld from disclosure and to provide a detailed explanation on or before January 11, 2017, of the reasons for withholding the reports.

This *Vaughn* index serves to provide a detailed explanation of the reasons for withholding in full twenty-eight iterations of a draft report, through November 4, 2016, related to Secure Communities statistical monitoring, *see Vaughn v. Rosen*, 484 F.2d 820 (D.D.C. 1973), under the deliberative process privilege pursuant to 5 U.S.C. 552 (b)(5).

All reports indexed below were prepared and circulated within the U.S. Department of Homeland Security (DHS), a federal agency, by personnel within the Office for Civil Rights and Civil Liberties (CRCL) on behalf of the Officer for CRCL, with the intent to provide the report in final form for the consideration of the Secretary of DHS.  No final report related to Secure Communities statistical monitoring was created, approved, or executed by the CRCL Officer or submitted to the Secretary of DHS or member of senior DHS leadership.

SC was operated by U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), a DHS component.  No decision making authority with regard to SC or SC statistical monitoring rested with CRCL.

No reports, in draft or final form, were created relating to PEP statistical monitoring.

Within this index, each of the twenty-eight iterations of the draft report are referred to by an assigned letter; the drafts are labeled as Documents A through Z3.  Bates-numbers were applied to Documents A through Z3 from page 1 through page 1190.  Thus, the first page of Document A contains bates-number "1" while the last page of Document Z3 is numbered "1190."

The index begins by detailing the reports in a table format.  The table contains five columns entitled:  "Document Section;" "Summary of Content within Section;" "Respective Document Letter and Bates-Number(s);" "Document Specific Comments;" and "Justification for Application of 5 U.S.C. 552 (b)(5) Deliberative Process Privilege."  Unless otherwise noted, each draft report follows a similar format and is comprised of a title page, a table of contents/appendix section, an introduction section, a summary section, and four sections, each of which may be found under the "Document Section" column.  These divisions of the draft reports are located in the rows under the column heading "Document Section."  The final row of the table contains the language in the header of each report.  The index concludes by detailing, in narrative form, various tables containing data located throughout the reports.

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| **Title Page** | The entries in this row under the column heading "Document Specific Comments" contain the date on the title page of each draft report as well as the editorial language, if any, placed on the title page. | **Docs A, X, Y, Z, Z2, and Z3**: N/A<br><br>**Doc B**: 25<br>**Doc C**: 52<br><br>**Doc D**: 83<br><br>**Doc E**: 119<br>**Doc F**: 155<br>**Doc G**: 200<br>**Doc H**: 248<br>**Doc I**: 295<br>**Doc J**: 342<br>**Doc K**: 389<br>**Doc L**: 439<br>**Doc M**: 489<br>**Doc N**: 537<br>**Doc O**: 587<br>**Doc P**: 641<br>**Doc Q**: 690<br>**Doc R**: 747<br>**Doc S**: 801<br>**Doc T**: 856<br>**Doc U**: 911<br>**Doc V:** 970<br>**Doc W:** 1026 | **Docs A, X, Y, Z, Z2, and Z3** do not contain a title page.<br>**Docs B and C**: June 2010; formatting questions.<br>**Doc D**: June 2011; formatting questions.<br>**Docs E, F, G, H, I, and J**: June 2011<br><br><br><br>**Docs K, L, M, N, O, and P**: June __, 2011<br><br><br><br>**Docs Q, R, S, T, U, and V**: July __, 2011<br><br><br><br>**Doc W**: August __, 2011 | The dates and the editorial language located on the title pages, as well as the absence of a title page on six draft reports, reflect the draft reports were part of a continuing process of revisions generated in advance of the adoption of a final DHS policy.  The drafts, to include the title page, reflect the thoughts, recommendations, and opinions of CRCL employees on legal and policy matters concerning SC and statistical monitoring.  Release of any draft report, to include the title page, would allow the public to determine the substance of the proposed and adopted changes to the records and thereby intrude upon the editorial process and stifle the exchange of ideas and candid discussions within the DHS.  Additionally, release of twenty-eight draft versions, all of which differ in content and length, would pose a substantial risk of confusing the public. |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| **Table of Contents/ Appendix** | The entries in this row under the column heading "Document Specific Comments" contain the proposed titles for the various chapters (or sections) within each draft report. The proposed chapter titles are followed by corresponding page number, unless otherwise noted. Additionally, this section enumerates proposed materials for inclusion within an appendix followed by the corresponding | **Doc A:** 1 **Doc B:** 25-6 **Doc C:** 52-3 **Doc D:** 83-84 **Doc E:** 119-20  **Doc F:** 155-56 **Doc G:** 200-01 **Doc H:** 248-49 **Doc I:** 295-96 **Doc J:** 342-43 **Doc M:** 489-90  **Doc K:** 389-91  **Doc L:** 439-41 **Doc N:** 537-39 | **Docs A, B, and C** do not contain an appendix.  **Docs D and E** list materials under consideration for inclusion in appendix as well as redlines. **Docs F, G, H, I, J, and M** contain entries followed by question mark(s) within brackets (e.g. [??]) and a list of materials under consideration for inclusion in appendix. **Doc K** contains entries followed by question mark(s) within brackets (e.g. [??]); a list of materials under consideration for inclusion in appendix; redlines; and language strikethroughs. **Docs L and N** list materials under consideration for | The topics under consideration for inclusion within the table of contents/appendix section reflect the thoughts, recommendations, and opinions of CRCL employees as to those topics the drafters believed may have been of interest to DHS senior leadership.  The absence of a table of contents in five drafts, the absence of an appendix section in eight drafts, the variations in content and length of the table of contents/appendix section, the comments inserted discussing which topics should be included or omitted, the redlines, the language strikethroughs, the lack of corresponding page numbers, and comments regarding the ordering of topics all reflect that the reports were part of a continuing process of revisions, were predecisional, deliberative, and generated prior to the adoption of a final DHS policy.  The release of the draft reports in full or part would allow the public to determine the substance of the proposed and adopted changes and thereby intrude upon the editorial process and stifle the exchange of ideas and candid discussions within the DHS. Additionally, release of twenty-eight draft reports which differ in length and content would pose a substantial risk of confusing the public. |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | page number, unless otherwise noted. | | inclusion in appendix; redlines; language strikethroughs; entries with no corresponding page numbers; and comments regarding the availability of proposed appendix materials. | |
| | | **Doc O:** 587-89 **Doc R**: 748 **Doc T**: 857-58 **Doc U**: 912 **Doc V**: 971 **Doc W**: 1027 | **Docs O, R, T, U, V, and W** contain entries with no corresponding page numbers. | |
| | | **Docs X, Y, Z, Z2, and Z3:** N/A | **Docs X, Y, Z, Z2, and Z3** do not contain a table of contents or appendix. | |
| | | **Doc P**: 641-42 | **Doc P** contains entries with no corresponding page numbers and suggestions for the ordering of appendix materials. | |
| | | **Doc Q**: 690-92 **Doc S**: 802 | **Docs Q and S** contain redlines; language strikethroughs; and entries with no corresponding page numbers. | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| **Introduction Section** | The introduction section of each draft report contains a signatory line for the CRCL Officer and a date line. The signatory and date lines are blank on each report, unless otherwise noted.

The introduction section in the draft reports: distill and summarize concerns with SC raised by non-federal entities; expresses the opinion of CRCL personnel of factors contributing to the public's perception of SC; | **Doc A**: 2
**Doc B**: 27
**Doc C**: 54
**Doc D**: 85-6
**Doc E**: 121-22

**Doc F**: 157-58
**Doc G**: 202-03
**Doc H**: 250-51
**Doc I**: 297-98
**Doc J**: 344-45
**Doc K**: 392-93
**Doc L**: 442-43
**Doc M**: 491-92
**Doc N**: 540-41
**Doc O**: 590-91
**Doc P**: 643-44
**Doc Q**: 693-94

**Doc R**: 749-50
**Doc S**: 803-04
**Doc T**: 859-60 | **Doc A, B, and C** contain no signatory or date lines.

**Docs D and E** contain redlines and there are no signatory or date lines. **Docs F, G, H, I, and J** are dated June 7, 2011. **Docs H, I, and J** pagination incorrect.

**Docs K, L, M, N, O, and P** are dated June ___, 2011. **Docs M and N** contain redlines. **Docs K and M** pagination incorrect.
**Doc Q** is dated July ___, 2011; contains redlines and language strikethroughs; and identifies language that is inaccurate and explanation as to why language inaccurate.
**Docs R, S, T, U, and V** are dated July ___, 2011. | Within the introduction section, the variance in the dates of the draft reports, the variance in length between the draft introduction sections, the absence of signature and date lines, the fact no draft contains the CRCL Officer's signature, the redlines and language strikethroughs, the editorial comments and edits relating to the insertion and/or deletion of material and the reasoning underlying the comments and edits, the incorrect pagination, the placeholders for information to be inserted in the future, and the notations that additional revisions were needed, all reflect that the reports were part of a continuing process of revisions. The drafts, to include the introduction section, reflect the thoughts, recommendations, and opinions of CRCL employees as to those topics the drafters believed may have been of interest to DHS senior leadership. The introduction section, in particular, was prepared to provide a summary of the issues and advice contained in the balance of the reports for the consideration of senior DHS leadership. The contents reflect the exercise in judgment by CRCL personnel as to those facts, issues, and advice that warrant priority due to their importance and relevance in developing the report and supporting the recommendations, proposals, and opinions contained therein. Consequently, the draft reports and introduction sections were predecisional, deliberative, and do not represent the adoption of a final DHS policy.

Finally, release of the twenty-eight versions or the introduction sections would pose a substantial risk of confusing the public |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | anticipates timeframes for future DHS activities; summarizes policy-based recommendations for SC; enumerates anticipated future undertakings and influencing factors; proposes institutionalizing particular activities; and offers suggestions for addressing anticipated public perceptions. | **Doc U**: 913-14 **Doc V**: 972-73 **Doc W**:1028-29 **Doc X**: 1082-83 **Doc Y**: 1111-12 **Doc Z**: 1138-39 **Doc Z2**: 1155-56 **Doc Z3**: 1173-74 | **Doc R** pagination incorrect. **Doc W** is dated August ___, 2011. **Doc X** is dated October ___, 2011, and contains placeholder for language to be inserted in future. **Docs Y and Z** are dated October ___, 2011; contain placeholders for language to be inserted in future; and contain notations that entire section requires revision. **Docs Z2 and Z3** are dated October ___, 2011; contain placeholders for language to be inserted in future; contain notations that section requires revision; and comment that estimated figures require revision. | and allow the public to determine the substance of the proposed and adopted changes made to the drafts and thereby intrude upon the editorial process and reveal the drafters' chain of reasoning resulting in the stifling of the exchange of ideas and candid discussions within DHS. |
| **Summary Section** | The summary section in the draft reports: discuss potential | **Docs A, B, C, D, E, X, Y, Z, Z2, and Z3**: N/A | **Docs A, B, C, D, E, X, Y, Z, Z2, and Z3** do not contain a summary section. | Within the summary section, the absence of a summary in ten of the draft reports, the variance in the length and depth of content, the redlines and language strikethroughs, the editorial comments and edits relating to the insertion and/or deletion of |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | concerns with SC; assess potential concerns and identifies those meriting action; summarize issues discussed in subsequent sections of the draft report; assess pros and cons of SC; make proposals in the areas of oversight, protocols, policy, and DHS component/office resource allocation. | **Doc F:**159-61<br><br><br><br><br><br><br><br><br>**Doc G**: 204-06<br><br><br><br><br><br><br><br>**Doc H**: 252-54 | **Doc F** contains sentences followed by question marks within brackets (e.g. [??]); identifies topics to be updated in future after collaboration with components; contains placeholders for language to be inserted in future; and identifies language requiring revision.<br>**Doc G** contains sentences followed by question marks within brackets (e.g. [??]); redlines; language strikethroughs; identifies topics to be updated in future after collaboration with components; and placeholders for language to be inserted in future.<br>**Doc H** contains comments questioning the accuracy of information, the reasons and rationales for questioning the accuracy, | material and the reasoning underlying the comments and edits, the sentences followed by bracketed question marks, the placeholders for information to be inserted in the future, notations regarding additional revisions, and the questions regarding altering emphasis on topics all reflect that the reports were part of a continuing process of revisions.<br>The drafts, to include the summary section, were prepared to summarize the issues and advice contained in the balance of the reports for the consideration of senior DHS leadership. The content reflects the exercise in judgment by CRCL personnel as to those facts, issues, and advice that warrant priority due to their importance and relevance in developing the report and supporting the recommendations, proposals, and opinions contained therein.  Consequently, the draft reports and summary sections were predecisional, deliberative, and do not represent the adoption of a final DHS policy.<br><br>Release of the draft reports or the summary section would not only pose a substantial risk of confusing the public but their release would allow the public to determine the substance of the proposed and adopted changes made therein and thereby intrude upon the editorial process and reveal the drafters' chain of reasoning resulting in the stifling of the exchange of ideas and candid discussions within DHS. |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | | and suggestion for resolution; sentences followed by question marks within brackets (e.g. [??]). | |
| | | **Doc I**: 299-01 | **Doc I** contains redlines; language strikethroughs; and sentences followed by question marks within brackets (e.g. [??]). | |
| | | **Doc J**: 346-48 **Doc K**: 394-97 | **Doc J and K** contain redlines; language strikethroughs; sentences followed by question marks within brackets (e.g. [??]); and discusses the merits of proposed revised language, the appropriateness of the proposed language within the summary section, and suggestions for placement elsewhere if proposed language adopted. | |
| | | **Doc L**: 444-47 | **Doc L** contains sentences followed by question marks within brackets (e.g. [??]). | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc M**: 493-96 | **Doc M** contains redlines; language strikethroughs; formatting questions; sentences followed by question marks within brackets (e.g. [??]); and questions regarding whether particular content should be included. | |
| | | **Doc N**: 542-45 | **Doc N** contains redlines; language strikethroughs; questions regarding altering emphasis on topics within summary section; suggested deletions and reasoning; and sentences followed by question marks within brackets, (e.g. [??]). | |
| | | **Doc O:** 592-95 | **Doc O** contains redlines; language strikethroughs; and question regarding accuracy of information. | |
| | | **Doc P**: 645-48 | **Doc P** contains placeholders for information to be updated and revised in future. | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc Q**: 695-98<br><br>**Doc R**: 751-54<br><br><br>**Doc S**: 805-08<br>**Doc U**: 915-18<br>**Doc V**: 974-77<br>**Doc T**: 861-64 | **Doc Q** contains redlines and language strikethroughs.<br>**Doc R** contains redlines and language strikethroughs.<br>**Docs S, U, and V** N/A<br><br>**Doc T** contains redlines; language strikethroughs; discussions whether language should be deleted or not; recommendations whether to accept prior edits and reasoning; comments that deleting language may run counter to future plans; reasons for disagreeing with prior edits; recommendations to and reasons for rejecting edits; opinions offered on value of edits; and questions regarding the organization of ideas within summary section. | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc W**: 1030-33 | **Doc W** contains redlines and language strikethroughs. | |
| **Section I** | Section I of the draft reports: discuss immigration enforcement challenges; interpret statutory language; interpret scope of agreements; discuss anticipated future actions; discuss potential complications impacting SC; compare and contrast agency programs and potential impacts on the programs; discuss challenges associated with data accuracy; | **Doc A:** 2-8

**Doc B:** 28-35

**Doc C:** 55-63 | **Doc A** contains placeholders for information to be inserted in future and identifies areas requiring updating. **Doc B** contains discussion of characterizations made in text and whether language should be edited; identifies language requiring revision and supporting documentation; makes topic reorganization suggestions; and discusses when reviews of other sections will be conducted. **Doc C** contains suggestions for relocating language to alter emphasis; identifies language requiring revision and supporting documentation; | Within Section I, the variance in the length and depth of content, the placeholders for information to be inserted in future, editorial questions and comments, formatting and organization comments, suggested shifts in emphasis, the redlines and language strikethroughs, highlighting areas requiring more fulsome analysis, requests that procedures be clarified,  sentences followed by bracketed question marks, questions regarding data accuracy all reflect the reports, to include Section I, were part of a continuing process of revisions.

The drafts and Section I were prepared to discuss enforcement issues within a statutory framework, evaluate potential complications, compare and contrast programs and discuss policy considerations in the context of SC for the consideration of senior DHS leadership.  Section I reflects the exercise in judgment by CRCL personnel as to those facts, issues, and advice that warrant priority due to their importance and relevance in developing the report and supporting the recommendations, proposals, and opinions contained therein. Consequently, the reports and Section I were predecisional, deliberative, and do not represent the adoption of a final DHS policy. |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES- NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | and discuss policy considerations. | | placeholders for language to be inserted in future; and formatting suggestions. | Release of the drafts or Section I would not only pose a substantial risk of confusing the public but their release would allow the public to determine the substance of the proposed and adopted changes made therein and thereby intrude upon the editorial process and reveal the drafters' chain of reasoning resulting in the stifling of the exchange of ideas and candid discussions within DHS. |
| | | **Doc D**: 87-96 | **Doc D** contains redlines; strikethroughs; identifies language requiring revision and supporting documentation; highlights weaknesses in analysis/argument requiring attention; and commentary on word choice. | |
| | | **Doc E**: 123-32 | **Doc E** contains redlines; language strikethroughs; comments regarding definitions of language within text; comments regarding SC processes that impact analysis; discussions regarding deleting information; highlights analysis/argument requiring additional editing; highlights changes made to language | |

HEARTLAND ALLIANCE FOR HUMAN NEEDS & HUMAN RIGHTS d/b/a NATIONAL IMMIGRANT JUSTICE CENTER v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY AND UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT
CIVIL ACTION NO. 1:16-cv-00211-RMC (D.D.C.)

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc F**: 162-76 | based clarifications of processes; comments regarding word choice; opinions whether to include material based on proposed future activities. **Doc F** contains placeholders for information to be inserted in future; request that clarification be obtained regarding certain procedures; and sentences followed by question marks within brackets (e.g. [?]). | |
| | | **Doc G**: 207-22 | **Doc G** contains suggestion and reasons for changing section title; formatting questions for purposes of (de)emphasis issues; redlines; language strikethroughs; placeholders for information to be inserted after component consultation; sentences followed by question | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc H**: 255-68<br><br><br><br><br><br><br>**Doc I**: 302-15 | marks within brackets (e.g. [?]); comments that issues require update; questions whether information accurate and suggested sources for resolution of question. **Doc H** contains language followed by question marks within brackets (e.g. [??]); redlines; language strikethroughs; formatting suggestions; questions regarding data accuracy; and identifies sentences requiring revision. **Doc I** contains redlines; language strikethroughs; explanation for word choice edits; questions regarding data accuracy; discussion of issues causing confusion and why; comments suggesting alternate language and reasoning; | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc J**: 349-62 | and suggestions to alter emphasis on issues. **Doc J** contains redlines; language strikethroughs; identifies new language; discussion whether to further develop particular ideas; and discussion whether to incorporate proposed language. | |
| | | **Doc K**: 398-411 | **Doc K** contains redlines; language strikethroughs; notations that language has been edited; discussion  whether to incorporate additional issue and proposed language; formatting suggestions; commentary why analysis in previous versions was flawed; language followed by question marks within brackets (e.g. [??]); questions whether information should be moved for purposes of emphasis; comment | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | | highlighting inconsistencies in analysis requiring resolution through policy; and suggestions for re-writing for improved clarity. | |
| | | **Doc L**: 448-60 | **Doc L** contains language followed by question marks within brackets (e.g. [??]) and redlines. | |
| | | **Doc M**: 497-509 | **Doc M** contains redlines; language strikethroughs; comments questioning the accuracy of figures; questions regarding statutory language; formatting questions; and question regarding consensus reached in defining terms. | |
| | | **Doc N**: 546-58 | **Doc N** contains redlines; language strikethroughs; questions regarding source and accuracy of figures; identifies issues awaiting feedback; identifies potentially confusing with suggested | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc O**: 596-610<br><br><br><br><br><br>**Doc P**: 649-61 | edit; discussions whether to delete or modify language; discussions regarding word choice; and identifies language that should not have been deleted and reason for opinion.<br>**Doc O** contains redlines; language followed by question marks within brackets (e.g. [??]); identifies issues currently being vetted; language strikethroughs; identifies redundant material; suggests removal of language; and placeholders for information to possibly be included in future.<br>**Doc P** contains questions as to the accuracy of information; identifies topics requiring more fulsome understanding by drafters; and identifies topics requiring further | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | | consultation to ensure accuracy. | |
| | | **Doc Q**: 699-715 | **Doc Q** contains redlines; language strikethroughs; identifies topics requiring further research; identifies processes requiring clarification on part of drafters; comments regarding additional data sources; identifies language needing to be qualified; discusses word choice; and poses questions regarding including additional information. | |
| | | **Doc R**: 755-70 | **Doc R** contains placeholders for information to be inserted in future. | |
| | | **Doc S**: 809-25 | **Doc S** contains redlines; language strikethroughs; comments regarding accuracy of data calculations; comments regarding availability of data; and comments on | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc T**: 865-80 | succinctness of ideas being conveyed. **Doc T** contains comments questioning accuracy of proposed revisions; opinions on deletions; questions inclusion of information; redlines; language strikethroughs; discussions regarding litigation exposure; identifies language requiring further clarification; and questions whether topics should be expanded upon. | |
| | | **Doc U**: 919-39 | **Doc U** contains redlines; language strikethroughs; comments regarding the inclusion of information; and questions whether topics should be expanded upon. | |
| | | **Doc V**: 978-95 | **Doc V** contains redlines; language strikethroughs; comments that portions of section incomplete; and | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc W**:1034-51 | questions whether topics should be expanded upon. **Doc W** contains redlines; language strikethroughs; comments on why information may become inaccurate and potential impacts; discusses how to couch issues from policy perspective; highlights language requiring additional review and why; explains why revised language more accurate; and questions whether topics should be expanded upon. | |
| | | **Dox X**: 1084-92 | **Doc X** contains placeholders for information to be inserted in future. | |
| | | **Doc Y**: 1113-22 | **Doc Y** contains requests to rephrase language and highlights information requiring updating. | |
| | | **Doc Z**: 1140 | **Doc Z** N/A | |
| | | **Doc Z2**: 1157 | **Doc Z2 and Z3** contain | |
| | | **Doc Z3**: 1175 | questions regarding | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | | usefulness of inclusion of footnotes and editorial comments that emphasis on topics requires alteration. | |
| **Section II** | Section II of the draft reports: distill and summarize concerns raised by non-federal entities with SC; identifies concerns meriting evaluation; offers opinions and justifications for prioritizing concerns; evaluates public affairs efforts; offers legal interpretations; discusses obstacles to data accuracy and quality of data analysis; makes | **Doc A**: 8-15<br>**Doc B**: 35-42<br><br><br><br><br>**Doc C**: 63-71 | **Docs A and B** contain recommendations for including citations; placeholders for information to be inserted in future; and placeholders for subsections to be drafted in future.<br>**Doc C** contains discussions of emphasis to be placed on topics; reminders to include citations; placeholders for information to be inserted in future; questions whether outstanding issues have been sufficiently addressed; and notations regarding cross-referencing materials. | Within Section II, the variance in the length and depth of content; the recommendations to include citations; the placeholders for information to be inserted in future; the discussions topic emphasis;  the questions regarding whether issues are sufficiently addressed; cross-referencing notations; the redlines; language strikethroughs; discussions regarding information accuracy; the language followed by bracketed question marks; work distribution questions; editorial comments regarding tone of language; editing comments; need to confirm event sequencing; and suggestions to enhance and minimize or delete topics all reflect the reports, to include Section II, were part of a continuing process of revisions.<br><br>The drafts and Section II were prepared to summarize concerns raised by non-federal entities; opine on those concerns meriting evaluation; offer opinions on and justification for how concerns should be prioritized; evaluate DHS efforts; offer legal interpretations; discuss obstacles statistical analysis; make policy suggestions; and discuss factors potentially influencing data and statistics for the consideration of senior DHS leadership.  Section II reflects the exercise in judgment by CRCL personnel as to those facts, issues, and advice that warrant priority due to their importance |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | policy and public messaging suggestions; and discusses factors and obstacles potentially influencing data and statistics. | **Doc D**: 96-106 **Doc E**: 133-42 | **Docs D and E** contain redlines; language strikethroughs; placeholders for information to be inserted in future; questions whether to add topics; and questions posed regarding accuracy of information. | and relevance in developing the report and supporting the recommendations, proposals, and opinions contained therein. Consequently, the reports and Section II were predecisional, deliberative, and do not represent the adoption of a final DHS policy.

Release of the drafts or Section II would not only pose a substantial risk of confusing the public but their release would allow the public to determine the substance of the proposed and adopted changes made therein and thereby intrude upon the editorial process and reveal the drafters' chain of reasoning resulting in the stifling of the exchange of ideas and candid discussions within DHS. |
| | | **Doc F**: 177-83 | **Doc F** contains placeholders for information to be inserted in future; suggestions to cross-reference materials; language followed by question marks within brackets (e.g. [??]); and notations to confirm accuracy of language. | |
| | | **Doc G**: 222-29 | **Doc G** contains redlines; language strikethroughs; discussions regarding sources; language followed by question marks within brackets (e.g. [??]); issues requiring follow-up; suggestions for work | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | | distribution within CRCL; requests for feedback as to tone of language; and notation to confirm information described in text. | |
| | | **Doc H**: 268-74 | **Doc. H** contains notations that sentences require editing; redlines and language strikethroughs; request to confirm sequencing of events described in text; and comments questioning the accuracy of particular language. | |
| | | **Doc I**: 315-21 **Doc J**: 362-68 | **Docs I and J** contain redlines; language strikethroughs; request to confirm sequencing of events described in text; and comments questioning the accuracy of particular language. | |
| | | **Doc K**: 411-17 | **Doc K** contains redlines; language strikethroughs; suggestion to further develop topic; and | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | | suggestion to delete material unless additional clarification can be obtained. | |
| | | **Doc L**: 461-67 | **Doc L** contains redlines; language strikethroughs and request to confirm sequencing of events described in text. | |
| | | **Doc M**: 509-15 | **Doc M** contains redlines; highlights inaccuracies requiring revision; language strikethroughs; and questions whether particular information should be referenced. | |
| | | **Doc N**: 559-65 | **Doc N** contains redlines; opinions on edits made by colleagues; highlights inaccuracies requiring revision; and requests confirmation of sequencing of events described in text. | |
| | | **Doc O**: 610-16 **Doc P**: 662-68 | **Docs O and P** contain redlines and requests confirmation of | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc Q**: 715-21 | sequencing of events described in text. **Doc Q** contains redlines; language strikethroughs; and recommendations to delete language. | |
| | | **Doc R**: 770-76 **Doc S**: 825-31 **Doc T**: 880-86 **Doc U**: 939-45 **Doc V**: 995-1001 | **Docs R, S, T, U, and V** N/A | |
| | | **Doc W**: 1051-57 | **Doc W** contains comment regarding altering emphasis of material. | |
| | | **Doc X**: 1092-96 **Doc Y**: 1122-33 | **Docs X and Y** contain notations that data must be updated; bracketed language requiring follow-up; and editorial suggestions to rephrase language. | |
| | | **Doc Z**: 1140-42 **Doc Z2**: 1157-59 **Doc Z3**: 1175-77 | **Doc Z**: N/A **Docs Z2 and Z3** contain redlines; language strikethroughs; and opinions on word choice. | |
| **Section III** | Section III of the draft reports set | **Doc A**: 15-21 **Doc B**: 42-8 | **Docs A, B, and C** contain placeholders for | While not an exhaustive recitation, within Section III, the variance in the length and depth of content; the absence of a |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | forth proposals and recommendations involving civil rights issues CRCL believes worthy of further consideration by senior DHS leadership. Section III contains proposals, recommendations and cautions for the consideration of senior DHS leadership on the following topics: intra-agency cooperation; automating processes; data integrity; investigative efforts; possible ways to resolve data anomalies; | **Doc C**: 71-9

**Doc D**: 106-16
**Doc E**: 142-52

**Doc F**: 184-95 | information to be inserted in future; comments regarding inclusion of additional content; and indications drafters awaiting additional information. **Docs D and E** contain redlines; language strikethroughs; highlights language requiring revision; discusses accuracy of language; questions whether emphasis on topics should be altered; and placeholders for information to be inserted in future. **Doc F** contains placeholders for language to be inserted in future; language followed by question marks in brackets (e.g. [??]); identifies ideas requiring further development; proposed language for | Section III in some drafts; the placeholders for information to be inserted in future; comments additional content; indications drafters awaiting additional information; redlines and language strikethroughs; comments regarding revisions and accuracy of language; questions regarding topic emphasis; the language followed by bracketed question marks; editorial comments; discussion of implications of future policy decisions; questions involving resource allocation; and redundant proposals all reflect the reports and Section III were part of a continuing process of revisions.

The drafts and Section III were prepared for the purpose of setting forth proposals, recommendations and cautions involving civil rights issues in connection with SC which in the opinion of CRCL were worthy of further consideration by senior DHS leadership in the areas of intra-agency cooperation; automating processes; data integrity; investigative efforts; resolving data anomalies; protocols; investigative strategies; plans for future briefings; policy recommendations; and suggestions involving public affairs concerns.  Section III reflects the exercise in judgment by CRCL personnel as to those facts, issues, and advice that warrant priority due to their importance and relevance in developing the report and supporting the proposals, recommendations, cautions, and opinions contained therein. Consequently, the reports and Section III were predecisional, deliberative, and do not represent the adoption of a final DHS policy. |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | proposed inter-agency protocols; investigative strategies; plans for future briefings; proposed policy recommendations; and public affairs suggestions. | **Doc G**: 229-42<br><br>**Doc H**: 274-87 | consideration; topics requiring further component collaboration; and indications language must be checked for accuracy.<br>**Doc G** contains redlines; language strikethroughs; questions appropriateness of topics within the section; identifies edited language and reason for edits; questions arrangement of topics; indicates language requiring confirmation; language followed by question marks in brackets (e.g. [??]); requests that ideas be clarified; and placeholders for language to be inserted in future.<br>**Doc H** contains placeholders for topics to be referenced in future within this section or elsewhere in the | Release of the drafts or Section III would not only pose a substantial risk of confusing the public but their release would allow the public to determine the substance of the proposed and adopted changes made therein and thereby intrude upon the editorial process and reveal the drafters' chain of reasoning resulting in the stifling of the exchange of ideas and candid discussions within DHS. |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc I**: 321-34 | document; redlines; highlights quotes requiring confirmation; comments vague language and suggestions for rephrasing; suggestion to and reasons for including additional topics within draft; language followed by question marks within brackets (e.g. [?]); and questions whether current language will lead to misunderstandings with request for colleague feedback. **Doc I** contains placeholders for particular topics to be referenced within section at a later date or elsewhere in the report; redlines; highlights quotes requiring confirmation; comments that future policy decisions may make suggested language unnecessary; suggestions | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc J**: 368-81 | to resolve outstanding uncertainties; request for status of possible policy changes; and suggestion that topics be developed further. **Doc J** contains redlines; indicates quotes requiring confirmation; comments that future policy decisions may make suggested language unnecessary; suggestion to suspend current course of action until additional information obtained; placeholders for language be inserted in future; language strikethroughs; and potentially problematic language highlighted with proposed alternative. | |
| | | **Doc K**: 417-31 | **Doc K** contains redlines; language strikethroughs; highlights topics that may not be ripe for discussion; highlights language | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | | moved to other sections of draft report; statement that reviewer will follow up on language missing from draft; and questions follow up conversations on particular topics have taken place. | |
| | | **Doc L**: 467-80 | **Doc L** contains redlines; language strikethroughs; indications that language must be confirmed; placeholders for topics to be included in future; language followed by question marks within brackets (e.g. [?]); and suggestion to further develop idea in the event particular course of action pursued. | |
| | | **Doc M**: 515-29 | **Doc M** contains redlines; language strikethroughs; highlights confusing language; highlights language causing mischaracterizations; identifies formatting | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc N**: 565-78 | issues; questions how resources will be prioritized; comments that language needs to be confirmed; questions whether language should be included in other DHS documents; questions regarding accuracy of information based on outstanding issues; highlights inconsistencies between draft sections; placeholders for language to be inserted in future; and suggestion to further develop idea in the event particular course of action pursued. **Doc N** contains redlines; language strikethroughs; comments on distinctions between draft versions with opinion as to which version most accurate; identifies potentially confusing language; makes formatting | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc O**: 616-33 | suggestions; solicits colleagues opinions; comment on language requiring confirmation; questions how terms defined; suggests revision based on resolution of issues unrelated to SC; identifies language causing concern for drafters with suggested alternative; placeholders for language to be inserted in future; and identifies language edited by colleague. **Doc O** contains redlines; language strikethroughs; formatting comments; retitled subheadings; proposals duplicated multiple times within section; comment that language must be confirmed; placeholders for insertion of language in the future; language followed by question | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | | marks within brackets (e.g. [?]); and suggestion to further develop idea in the event particular course of action pursued. | |
| | | **Doc P**: 668-82 | **Doc P** contains notations that topics must be reordered; poses question regarding expanding topic; suggestion to further develop idea in the event particular course of action pursued; and suggestions to expand topics of discussion. | |
| | | **Doc Q**: 721-38 | **Doc Q** contains redlines; language strikethroughs; suggested future areas of inquiry based on present assumptions with request for colleague feedback; comment questioning accuracy of language; and number of recommendations increased. | |
| | | **Doc R**: 776-92 | **Doc R** contains formatting questions. | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc S**: 831-47<br><br>**Doc T**: 886-902<br><br><br><br>**Doc U**: 945-61<br>**Doc V**: 1001-17<br>**Doc W**: 1057-73<br><br><br><br><br><br><br><br>**Doc X:** 1096-1107<br><br><br><br><br><br>**Doc Y:** N/A | **Doc S** contains suggestion to better incorporate ideas into section.<br>**Doc T** contains redlines; language strikethroughs; and opinions on edits made by other reviewers.<br>**Docs U and V** N/A<br><br>**Doc W** contains redlines; language strikethroughs; identifies topics to be expanded upon if other events occur in the future; and number of recommendations reduced.<br>**Doc X** contains placeholders for information to be inserted in future; and comments that language will require updating;<br>**Doc Y** does not contain a section dedicated to proposals and recommendations. | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc Z:** 1142-52 | **Doc Z** contains placeholders for information to be inserted in future. | |
| | | **Doc Z2:** 1159-69 **Doc Z3:** 1177-87 | **Docs Z2 and Z3** contain redlines; language strikethroughs; identifies redundant language; and conveys preferences relayed by colleagues. | |
| **Section IV** | Discusses concerns raised by non-federal entities with the SCP that CRCL believes merit attention in addition to those previously discussed in Section III. Identifies and analyzes less pressing issues associated with the SC. | **Doc A:** N/A | **Doc A** does not contain a section dedicated to concerns raised in addition to those discussed in Section III. | While not an exhaustive recitation, within Section IV, the variance in the length and depth of content; the absence in drafts of a section dedicated to additional concerns to those discussed in the previous section; uncertainty regarding inclusion of topics due to future events; suggestions for revisions; recommendations to expand ideas; redlines and language strikethroughs; discussions on the utility of broaching topics; suggested future areas of focus; and questions regarding direction of argument all reflect that the reports and Section IV were part of a continuing process of revisions. |
| | | **Doc B:** 49-51 | **Doc B** contains notation that citations must be inserted; identifies suggestions that may not be necessary based on future events; | |
| | | **Doc C:** 79-82 | **Doc C** contains notations that language may need to be revised or narrowed; identifies citations needed to be inserted; questions utility of proposed suggestion; and identifies | The drafts and Section IV were prepared for the purpose of setting forth proposals, recommendations and cautions involving civil rights issues in connection with SC which in the opinion of CRCL were worthy of further consideration by senior DHS leadership that were not raised in the previous section.  Section IV reflects the exercise in judgment by CRCL |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc D**: 116-18 **Doc E**: 152-54 | concepts requiring further development. **Docs D and E** contain redlines and language strikethroughs; identifies language requiring revision or deletion; and solicits opinions of colleagues on the utility of addressing particular concerns. | personnel as to those facts, issues, and advice that additionally warrant consideration due to their importance and relevance in developing the report and supporting the proposals, recommendations, cautions, and opinions contained therein. Consequently, the reports and Section IV were predecisional, deliberative, and do not represent the adoption of a final DHS policy.

Release of the drafts or Section IV would not only pose a substantial risk of confusing the public but their release would allow the public to determine the substance of the proposed and adopted changes made therein and thereby intrude upon the editorial process and reveal the drafters' chain of reasoning resulting in the stifling of the exchange of ideas and candid discussions within DHS. |
| | | **Doc F**: 195-98 | **Doc F** contains instructions to provide further explanation and materials that can be utilized to do so; suggestion to delete material; and request for suggestions to resolve outstanding issue. | |
| | | **Doc G**: 242-45 | **Doc G** contains redlines and language strikethroughs; suggestion to delete material; and request that colleagues confirm characterization of assertion. | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc H**: 287-89 **Doc I**: 334-37 | **Docs H and I** contain suggestion to delete material and questions who will provide missing language. | |
| | | **Doc J**: 381-84 | **Doc J** contains suggestion to delete material; redlines and language strikethroughs; suggested future areas to focus on; and questions who will provide missing language. | |
| | | **Doc K**: 431-34 | **Doc K** contains questions regarding direction of argument; redlines and language strikethroughs; highlights language requiring additional consideration with proposed course of action; and suggestion that topic be deleted from draft due to change in events. | |
| | | **Doc L**: 481-83 | **Doc L** highlights topic warranting legal consideration. | |
| | | **Doc M**: 529-32 | **Doc M** questions the accuracy of assertion | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc N**: 579-81 | based on potential changes and highlights topic warranting legal consideration. **Doc N** highlights topic warranting legal consideration. | |
| | | **Doc O**: 633-35 **Doc P**: 682-84 **Doc Q**: 738-41 **Doc R**: 792-95 **Doc S**: 848-50 **Doc T**: 903-05 **Doc U**: 961-63 **Doc V**: 1017-19 **Doc W**: 1074-76 **Docs X, Y, Z, Z2, and Z3**: N/A | **Docs O, P, Q, R, S, T, U, V and W**: N/A | |
| | | | **Docs X, Y, Z, Z2, and Z3** do not contain a section dedicated to concerns raised in addition to those discussed in Section III. | |
| **Section V** | Provides summary of issues presented within draft reports and makes policy suggestions. | **Docs A, B, C, D, and E**: N/A **Doc F**: 198-99 | **Docs A, B, C, D, and E** do not contain a conclusory section. **Doc F** contains notation that section to be written in future followed by a placeholder for an | While not an exhaustive recitation, within Section V, the variance in the length, content and depth of content; the absence in drafts of a section dedicated to summarizing the issues presented and policy suggestions; the placeholders for information to be inserted in the future; the redlines and language strikethroughs; and the highlighted material requiring |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc G**: 245-47 | appendix section with a list of documents under consideration for inclusion therein. **Doc. G** contains redlines; language strikethroughs; placeholder for an appendix section with a list of documents under consideration for inclusion therein. | consultation with agency counsel all reflect that the reports and Section V were part of a continuing process of revisions.

The drafts and Section V were prepared for the purpose of summarizing the issues presented and policy suggestions which, in the opinion of CRCL, were worthy of inclusion within the report and for further consideration by senior DHS leadership.  Section V reflects the exercise in judgment by CRCL personnel in distilling those facts, issues, and advice developed in the report that supported the proposals, recommendations, cautions, and opinions contained therein. Consequently, the reports and Section V were predecisional, deliberative, and do not represent the adoption of a final DHS policy.

Release of the drafts or Section V would not only pose a substantial risk of confusing the public but their release would allow the public to determine the substance of the proposed and adopted changes made therein and thereby intrude upon the editorial process and reveal the drafters' chain of reasoning resulting in the stifling of the exchange of ideas and candid discussions within DHS. |
| | | **Doc H**: 289-94 **Doc I**: 336-41 **Doc J**: 384-88 | **Doc H, I, J** contain placeholder for an appendix section with a list of documents under consideration for inclusion therein and endnotes with placeholders for information to be included in the future. | |
| | | **Doc K**: 434-38 | **Doc K** contains redlines; language strikethroughs; placeholder for an appendix section with a list of documents under consideration for inclusion therein and | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc L**: 483-88 | highlights issues that may be resolved in the future. **Doc L** contains redlines; language strikethroughs, no appendix portion, and comments that drafters awaiting additional source material. | |
| | | **Doc M**: 532-36 | **Doc M** contains placeholders for information to be inserted in future and placeholder for an appendix section with a list of documents under consideration for inclusion therein. | |
| | | **Doc N**: 581-86 **Doc O**: 635-40 **Doc T**: 905-10 | **Docs N, O, and T** contain no appendix section and endnotes containing redlines and language strikethroughs. | |
| | | **Doc P**: 684-89 | **Doc P** contains no appendix section and placeholders for information to be inserted in future. | |
| | | **Doc Q**: 741-46 | **Doc Q** contain no appendix section and | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc R**: 795-800 **Doc S**:  850-55 **Doc Z**: 1152-54 **Doc U**: 964-69 **Doc V**: 1020-25 **Doc W**: 1076-81 **Doc X**: 1107-10 **Doc Y**: 1134-37 **Doc Z2**: 1169-72 **Doc Z3**: 1187-90 | redlines and language strikethroughs. **Docs R, S, and Z**: N/A **Docs U, V, and W** do not contain an appendix and highlights material requiring consultation with agency counsel. **Docs X and Y** contain placeholder for conclusion to be inserted in future, placeholders of endnotes to be inserted in future, and highlights material requiring consultation with agency counsel. **Docs Z2 and Z3** do not contain an appendix and endnotes contain redlines and language strikethroughs. | |
| **Document Headers** | Entries in this row under the column heading "Document Specific | **Doc A**: 1-24 | **Doc A**:  INITIAL, PARTIAL, ROUGH DRAFT DELIBERATIVE//FOUO //MAY CONTAIN LAW | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | Comments" reflect the language found in the header section on each page of each respective document, unless otherwise noted. | **Doc B**: 25-51 | ENFORCEMENT SENSITIVE MATERIAL – May 18, 2011 **Doc B**:  SECOND DRAFT DELIBERATIVE//FOUO //MAY CONTAIN LAW ENFORCEMENT SENSITIVE MATERIAL – May 25, 201 (sic) | |
| | | **Doc C**: 52-82 | **Doc C**: THIRD DRAFT DELIBERATIVE//FOUO //MAY CONTAIN LAW ENFORCEMENT SENSITIVE MATERIAL – May 25, 201 (sic) | |
| | | **Doc D:** 83-118 | **Doc D**:  FOURTH DRAFT//May 27, 2011 DELIBERATIVE//FOUO //<u>MAY</u> CONTAIN LAW ENFORCEMENT SENSITIVE MATERIAL | |
| | | **Doc E**: 119-54 | **Doc E**: FOURTH DRAFT//May 27, 2011 DELIBERATIVE//FOUO //<u>MAY</u> CONTAIN LAW | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc F**: 155-99 | **Doc F**:  FIFTH DRAFT//May 29, 2011// DELIBERATIVE//FOUO | |
| | | **Doc G**: 200-47 | **Doc G**:  5/31 SS redline to 5/30 draft//DELIBERATIVE//FOUO | |
| | | **Doc H**: 248-94 | **Doc H**:  5/31 draft//DELIBERATIVE//FOUO | |
| | | **Doc I**: 295-41 | **Doc I**: 6/1 draft//DELIBERATIVE//FOUO | |
| | | **Doc J**: 342-88 | **Doc J**: 6/2 draft//DELIBERATIVE//FOUO | |
| | | **Doc K**: 389-438 | **Doc K**: Draft 8: June 7, 2011//DELIBERATIVE//FOUO | |
| | | **Doc M**: 489-536 | **Doc M**: Draft 8: June 7, 2011 // DELIBERATIVE//FOUO | |
| | | **Doc N**: 537-86 | **Doc N**: DRAFT 10-JUNE 9, 2011 – DELIBERATIVE (First page only) | |

| DOCUMENT SECTION | SUMMARY OF DOCUMENT SECTION CONTENT | RESPECTIVE DOCUMENT AND BATES-NUMBER(S) | ADDITIONAL DOCUMENT SPECIFIC COMMENTS | JUSTIFICATION FOR APPLICATION OF 5 U.S.C. 552 (b)(5) DELIBERATIVE PROCESS PRIVILEGE |
|---|---|---|---|---|
| | | **Doc O**: 587-640 | **Doc O**: DRAFT 12 – JUNE 10, 2011 – DELIBERATIVE | |
| | | **Doc P**: 641-89 | **Doc P**: DRAFT 12 – JUNE 10, 2012 – DELIBERATIVE (First page only) | |
| | | **Doc Q**: 690-746 | **Doc Q**: DRAFT 20 – JULY 18, 2011 – DELIBERATIVE (First page only) (Header on remaining pages of draft report: DRAFT: DELIBERATIVE) | |
| | | **Doc R**: 747-800 **Doc S**: 801-55 **Doc T**: 856-910 **Doc U:** 911-69 **Doc V:** 970-1025 **Doc W:** 1026-81 | **Docs R, S, T, U, V, W**: DRAFT: DELIBERATIVE | |
| | | **Doc L**: 439-88 **Doc X:** 1082-110 **Doc Y:** 1111-37 **Doc Z:** 1138-54 **Doc Z2:** 1155-72 **Doc Z3:** 1173-90 | **Docs L, X, Y, Z, Z2, Z3**: No headers on any page of draft reports. | |

The draft tables, described below, were withheld in their entirety under 5 U.S.C. 552 (b)(5) under the deliberative process privilege.

The information and data contained within the tables were distilled from a larger group of information and data (the raw data having been released to Plaintiffs prior to the initiation of litigation) and therefore reflect the exercise in judgement by subordinate DHS personnel as to the information and data that warrant priority due to its importance and relevance in drafting the reports.  The information and data contained in the tables served as a basis for, and supported the recommendations contained within, the drafts.  In short, releasing the information and data within the tables would reveal the recommendations, proposals, cautions, and opinions contained within the reports. For the foregoing reasons, the tables are deliberative, predecisional, and do not represent final agency policy.

Additionally, the variance in the content of the tables, the fact some tables were removed from numerous versions, the comments regarding data accuracy concerns, the fact many figures are estimates, the fact some figures are followed by bracketed question marks, the redlines and language strikethroughs, discussions of inferences that could be drawn from the data, and the fact some figures are based on a sampling of data all reflect a continuing process of revisions and iterations in the deliberative process.  Their release would allow the public to determine the substance of the proposed and adopted changes made to the drafts thereby intruding on the editorial process and would reveal the drafters' chain of reasoning.  This would result in the stifling of the exchange of ideas and candid discussions within the agency and drafters would be inhibited in exchanging ideas. Moreover, release of the tables would pose a substantial risk of confusing the public.

Finally, because the facts and data contained within the tables are so mixed in with the balance of the deliberative material in the reports (which serve to summarize issues and contain recommendations and opinions for the consideration of senior DHS leadership) it is not possible to release any meaningful portions of the draft reports or tables.

Description 1:  Draft tables showing aliens as a share of removals and returns.  Aliens assigned to one of four categories, or levels, depending upon criminal history.  Drafts contain notations that portions of tables contain duplicate data and that data figures are estimates.  Drafts indicate data inaccurate because aliens not necessarily placed in correct category due to data lags and inconsistent data reporting of criminal histories by law enforcement agencies, thereby impacting statistics.  Drafts contain discussions of whether portions of tables require updates and retroactive tabulations based on new information.  Drafts contain figures followed by question marks in brackets, e.g. [?].  Draft tables contain redlines and language strikethroughs.  Draft tables comment on fact data within rows not accurate and consequently rows cannot be compared.  Drafts include comments that non-ICE data included within earlier versions of tables.  Document U contains two versions of same table.  Doc O contains two versions of the table with varying calculations.  The tables showing aliens as a share of removals and returns are located on the following pages of each respective document:  Doc A: 7; Doc B: 34; Doc C: 62; Doc D: 94; Doc E: 130; Doc F: 170; Doc G: 215; Doc H: 262; Doc I: 309; Doc J: 356;

Doc K: 405; Doc L: 450; Doc M: 499; Doc N: 548; Doc O: 598; Doc P: 651; Doc Q: 702; Doc R: 757; Doc S: 811; Doc T: 867; Doc U: 922, 923; Doc V: 980, Doc W: 1036; Doc X: 1085; Docs Y through Z3 do not contain such tables.

Description 2:  Draft tables generated to estimate number of aliens not placed within the correct category based on criminal history at time of removal.  Estimates are based on a sampling of files.  Drafts reflect estimates based on CRCL's understanding of another component's data entry process.  Draft tables contain redlines and language strikethroughs.  Drafts indicate data inaccurate because aliens not necessarily placed in correct category due to data lags and inconsistent data reporting of criminal histories by law enforcement agencies, thereby impacting statistics.  Drafts contain discussions of whether different data should be utilized to generate an estimate.  The tables generated to estimate the number of aliens placed in the wrong category based on criminal history at time of removal are located on the following pages of each respective document:  Doc A: 14; Doc B: 41; Doc C: 61, 69, 70; Doc D: 93, 103, 104; Doc E: 129, 139, 140; Doc F: 168, 175; Doc G: 213, 220; Doc H: 260, 266; Doc I: 307, 313; Doc J: 354, 360; Doc K: 403, 409; Doc L: 454, 459; Doc M: 503, 508; Doc N: 552, 557; Doc O: 602, 607; Doc P: 659; Doc Q: 712, 713; Doc R: 767, 768; Doc S: 822, 823; Doc T: 877, 878; Doc U: 934, 936; Doc V: 991, 992; Doc W: 1047, 1048; Doc X: 1095; Doc Y: 1121; Docs Z, Z2, Z3 contain no such tables.

Description 3:  Draft tables depicting that portion of Secure Communities enforcement activity dedicated exclusively to misdemeanants.  Tables contain language strikethroughs and redlines.  Drafts discuss inferences that could be drawn from the data.  Drafts contain notations that figures drawn from flawed conviction data.  Drafts contain notations that misdemeanant figures are inaccurate because felony and/or additional misdemeanor convictions were not entered into federal rap sheets by non-DHS agencies.  The tables depicting the portion of Secure Communities enforcement activity dedicated exclusively to misdemeanants are located on the following pages of each respective document:  Doc P: 661; Doc Q: 714; Doc R: 769; Doc S: 824; Doc T: 879; Doc U: 938; Doc V: 994; Doc W: 1050; Docs A, B, C, D, E, F, G, H, I, J, K, L, M, N, O, X, Y, Z, Z2, Z3 do not contain such tables.

Description 4:  Draft table depicting criminal aliens as a share of removals and returns.  Tables contain language that data and percentages reflected in table are inaccurate due to data lags and inconsistent data reporting of criminal histories by law enforcement agencies.  Tables contain redlines and language strikethroughs.  Docs U, V, W contain alternate versions of same table. The tables depicting criminal aliens as a share of removals and returns are located on the following pages of each respective document:  Doc D: 96, Doc E: 132; Doc F: 173; Doc G: 218; Doc H: 264; Doc I: 311; Doc J: 358; Doc K: 407; Doc L: 457; Doc M: 506; Doc N: 555; Doc O: 605; Doc P: 657; Doc Q: 709; Doc R: 764; Doc S: 819; Doc T: 874; Doc U: 931, 932; Doc V: 988; Doc W: 1044; Doc X: 1092; Doc Y: 1119; Docs A, B, C, Z, Z2, Z3 do not contain such tables.