# EXHIBIT 4

 Official Website of the Department of Homeland Security

Report Crimes: Email or Call 1-866-DHS-2-ICE

## Secure Communities

ERO

| History | Archived Information |
|---------|----------------------|

<mark>Secure Communities was an immigration enforcement program administered by U.S. Immigration and Customs Enforcement (ICE) from 2008 to 2014.</mark>

<mark>The program was replaced by Priority Enforcement Program (PEP) in July 2015.</mark>

For more on Secure Communities, see "Archived information" above.

Learn more about PEP →