# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEARTLAND ALLIANCE FOR HUMAN NEEDS & HUMAN RIGHTS d/b/a NATIONAL IMMIGRANT JUSTICE CENTER<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY *et al.*<br><br>        Defendants. | No. 1:16-cv-00211-RMC |

## [PROPOSED] ORDER

Upon consideration of Defendant DHS's Motion for Partial Summary Judgment and Plaintiff's Cross-Motion for Partial Summary Judgment, and for good cause shown, it is hereby:

**ORDERED** that Defendant DHS's Motion for Partial Summary Judgment is **DENIED**;

**ORDERED** that Plaintiff's Cross-Motion for Partial Summary Judgment is **GRANTED**.

It is **SO ORDERED**.

_____
Hon. Rosemary M. Collyer
UNITED STATES DISTRICT JUDGE
United States District Court for the
District of Columbia

Date: _____